**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 96-6358**

ROBERT LEE JONES, JR.,

Petitioner - Apellant,

versus

COMMANDER MCGINNIS, TPU, NORVA NAVSTA Norfolk,
Virginia; SECRETARY OF THE NAVY,

Respondents - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Raymond A. Jackson, District Judge.
(CA-95-827-2)

Submitted: June 19, 1997          Decided: July 2, 1997

Before WILKINS and MICHAEL, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Robert Lee Jones, Jr., Appellant Pro Se. John Phillip Ellington,
OFFICE OF THE UNITED STATES ATTORNEY, Norfolk, Virginia; David
Allen Anderson, Office of the Judge Advocate General, UNITED STATES
MARINE CORPS, Alexandria, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Jones v. McGinnis</u>, No. CA-95-827-2 (E.D. Va. Feb. 26, 1996). We deny Appellant's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>